O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-8143 AHM (FMOx) | Date | November 9, 2009 |
|---|---|---|---|
| Title | SEONG BAE CHOI et al. v. TOYOTA MOTOR CORPORATION et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| S. Eagle | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**          IN CHAMBERS (No Proceedings Held)


    The Court owns a 2000 Toyota Avalon XLS.  The Court ORDERS Plaintiffs' counsel to specify whether such a vehicle is equipped with ETCS-i, and to do so by not later than Friday, November 13, 2009.


|  | : |  |
|---|---|---|
| Initials of Preparer | se | |