-26-

# EXHIBIT "A"

-27-

| Toyota Model and Model Years Requiring Expanded Recall ||
| Model | Model Years |
|---|---|
| Toyota Camry | 2002 - 2006 |
| Lexus ES | 2002 - 2010 |
| Toyota Tacoma | 2003 - 2010 |
| Toyota Prius | 2001 - 2010 |
| Toyota Sienna | 2004 - 2010 |
| Toyota Rav4 | 2004 - 2008 |
| Toyota Tundra | 2001 - 2006 |
| Toyota Highlander | 2004 - 2010 |
| Toyota Solara | 2003 - 2008 |
| Toyota Corolla | 2005 - 2008 |
| Toyota 4-Runner | 2001 - 2010 |
| Lexus IS250 | 2006 - 2010 |
| Lexus RX | 2004 - 2010 |
| Toyota Sequoia | 2001 - 2007 |
| Lexus GS 3 Series | 2001 - 2010 |
| Lexus IS300 & 350 | 2002 - 2010 |

Exhibit "A"