# EXHIBIT "B"

**Listing of Subject Models and Model Years with Unintended Throttle Activation Reports That are Not Included in Any Recall**

| Model | Model Years | Any Recall Model/Model Year | Non-Recall Model/Model Year |
|---|---|---|---|
| Camry | 2002 - 2006 | | 344 |
| | 2007 - 2010 | 166 | |
| Lexus ES | 2002 - 2006 | | 88 |
| | 2007 - 2010 | 58 | |
| Tacoma | 2003 - 2004 | | 11 |
| | 2005 - 2010 | 120 | |
| Prius | 2001 - 2003 | | 6 |
| | 2004 - 2010 | 85 | |
| Avalon | 2005 - 2010 | 52 | |
| Sienna | 2004 - 2010 | | 45 |
| Rav4 | 2004 - 2008 | | 41 |
| | 2009 - 2010 | 3 | |
| Tundra | 2001 - 2006 | | 21 |
| | 2007 - 2010 | 17 | |
| Highlander | 2004 - 2007 | | 31 |
| | 2008 - 2010 | 4 | |
| Solara | 2003 - 2008 | | 30 |
| Corolla | 2005 - 2008 | | 18 |
| | 2009 - 2010 | 6 | |
| 4-Runner | 2001 - 2010 | | 23 |
| Lexus IS250 | 2006 - 2010 | 16 | |
| Lexus RX | 2004 - 2010 | | 15 |
| Sequoia | 2001 - 2007 | | 13 |
| | 2008 - 2010 | 1 | |
| Lexus GS 3 Series | 2001 - 2006 | | 8 |
| | 2007 - 2010 | 3 | |
| Lexus IS300 & 350 | 2002 - 2005 | | 8 |
| | 2006 - 2010 | 1 | |
| Total | | 532 | 702 |
| | | 43.1% | 56.9% |

**Exhibit "B"**

-29-