# EXHIBIT "C"

## Toyota Models and Model Years Requiring Expanded Brake Over-ride Recall

| Model | Model Years |
|---|---|
| Camry | 2002 - 2006 |
| Lexus ES | 2002 - 2006 |
| Tacoma | 2003 - 2010 |
| Prius | 2001 - 2010 |
| Sienna | 2004 - 2010 |
| Rav4 | 2004 - 2010 |
| Tundra | 2001 - 2010 |
| Highlander | 2004 - 2010 |
| Solara | 2003 - 2008 |
| Corolla | 2005 - 2010 |
| 4-Runner | 2001 - 2010 |
| Lexus RX | 2004 - 2010 |
| Sequoia | 2001 - 2010 |
| Lexus GS 3 Series | 2001 - 2006 |
| Lexus IS300 & 350 | 2002 - 2005 |

**Exhibit "C"**