-32-

# EXHIBIT "D"

**Summary of Unintended Throttle Activation Reports to NHTSA Not Included in the Brake Over-ride Recall**

| Model | Model Years | Brake Over-ride Recall Model/Model Year | Non-Brake Over-Ride Recall Model/Model Year |
|---|---|---|---|
| Camry | 2002 - 2006 | | 344 |
| | 2007-2010 | 166 | |
| Lexus ES | 2002 - 2006 | | 88 |
| | 2007 - 2010 | 58 | |
| Avalon | 2005 - 2010 | 52 | |
| Tacoma | 2003 - 2010 | | 131 |
| Prius | 2001 - 2010 | | 91 |
| Sienna | 2004 - 2010 | | 45 |
| Rav4 | 2004 - 2010 | | 44 |
| Tundra | 2001 - 2010 | | 38 |
| Highlander | 2004 - 2010 | | 35 |
| Solara | 2003 - 2008 | | 30 |
| Corolla | 2005 - 2010 | | 24 |
| 4-Runner | 2001 - 2010 | | 23 |
| Lexus IS250 | 2006 - 2010 | 16 | |
| Lexus RX | 2004 - 2010 | | 15 |
| Sequoia | 2001 - 2010 | | 14 |
| Lexus GS 3 Series | 2001 - 2006 | | 8 |
| | 2007 - 2010 | 3 | |
| Lexus IS300 & 350 | 2002 - 2005 | | 8 |
| | 2006 - 2010 | 1 | |
| Total | | 296 | 938 |
| | | 24.0% | 76.0% |

**Exhibit "D"**

-33-