-34-

# EXHIBIT "E"

## Summary of Unintended Throttle Activation Reports to NHTSA From Toyota Vehicles Manufactured with ETCS-i

| Model | Model Years | Reported Number of Unintended Throttle Acceleration |
|---|---|---|
| Camry | 2002 - 2010 | 510 |
| Lexus ES | 2002 - 2010 | 146 |
| Tacoma | 2003 - 2010 | 131 |
| Prius | 2001 - 2010 | 91 |
| Avalon | 2005 - 2010 | 52 |
| Sienna | 2004 - 2010 | 45 |
| Rav4 | 2004 - 2010 | 44 |
| Tundra | 2001 - 2010 | 38 |
| Highlander | 2004 - 2010 | 35 |
| Solara | 2003 - 2008 | 30 |
| Corolla | 2005 - 2010 | 24 |
| 4-Runner | 2001 - 2010 | 23 |
| Lexus IS250 | 2006 - 2010 | 16 |
| Lexus RX | 2004 - 2010 | 15 |
| Sequoia | 2001 - 2010 | 14 |
| Lexus GS 3 Series | 2001 - 2010 | 11 |
| Lexus IS300 & 350 | 2002 - 2010 | 9 |
| Total | | 1234 |

**Exhibit "E"**