-36-

# EXHIBIT "F"

# TOYOTA'S RESPONSE TO EVIDENCE OF SUDDEN UNINTENDED THROTTLE ACCELERATION WITH ETCS-i VEHICLES

**Reported Sudden Unintended Throttle Acceleration Events**
— Cumulative

| Year | Cumulative |
|---|---|
| 2000 | 1 |
| 2001 | 5 |
| 2002 | 28 |
| 2003 | 92 |
| 2004 | 270 |
| 2005 | 383 |
| 2006 | 556 |
| 2007 | 735 |
| 2008 | 851 |
| 2009 | 1200 |

**Toyota's Actions**

← Toyota Denies SUA Problem →

- **Sept. 29, 2009** — Blame Floor Mat
- **Nov. 25, 2009** — Blame Pedal Manufacturer
- **Jan. 21, 2010** — Blame Pedal Design
- **Feb. 1, 2010** — Toyota Claims Comprehensive Fix

**Exhibit "F"**

-37-