-37-

# EXHIBIT "G"

## Summary of Unintended Throttle Activation Reports to NHTSA Not Included in the Sticking Pedal Recall

| Model | Model Years | Pedal Recall Model/Model Year | Non-Pedal Recall Model/Model Year |
|---|---|---|---|
| Camry | 2002 - 2006 | | 344 |
| | 2007-2010 | 166 | |
| Lexus ES | 2002 - 2010 | | 146 |
| Tacoma | 2003 - 2010 | | 131 |
| Prius | 2001 - 2010 | | 91 |
| Avalon | 2005 - 2010 | 52 | |
| Sienna | 2004 - 2010 | | 45 |
| Rav4 | 2004 - 2008 | | 41 |
| | 2009 - 2010 | 3 | |
| Tundra | 2001 - 2006 | | 21 |
| | 2007 - 2010 | 17 | |
| Highlander | 2004 - 2010 | | 35 |
| Solara | 2003 - 2008 | | 30 |
| Corolla | 2005 - 2008 | | 18 |
| | 2009 - 2010 | 6 | |
| 4-Runner | 2001 - 2010 | | 23 |
| Lexus IS250 | 2006 - 2010 | | 16 |
| Lexus RX | 2004 - 2010 | | 15 |
| Sequoia | 2001 - 2007 | | 13 |
| | 2008 - 2010 | 1 | |
| Lexus GS 3 Series | 2001 - 2010 | | 11 |
| Lexus IS300 & 350 | 2002 - 2010 | | 9 |
| Total | | 245 | 989 |
| | | 19.9% | 80.1% |

**Exhibit "G"**

-39-