1 Richard D. McCune (Bar #132124)
rdm@mccunewright.com
2 David C. Wright (Bar #177468)
3 dcw@mccunewright.com
Kristy M. Arevala (Bar #216308)
4 kma@mccunewright.com
M<small>C</small>C<small>UNE</small>W<small>RIGHT</small> LLP
5 2068 Orange Tree Lane, Suite 216
6 Redlands, California 92374
Phone: (909) 557-1250 / Fax: (909) 557-1275
7

8 Attorneys for Plaintiffs
SEONG BAI CHOI, CHRIS CHAN PARK, SANDRA REECH, DONALD
9 PRITCHETT, UN JIN CHOI, and MARYANN PARKER,
10 on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S<small>EONG</small> B<small>AI</small> C<small>HOI</small>, C<small>HRIS</small> C<small>HAN</small> P<small>ARK</small>, S<small>ANDRA</small> R<small>EECH</small>, D<small>ONALD</small> P<small>RITCHETT</small>, U<small>N</small> J<small>IN</small> C<small>HOI</small>, and M<small>ARYANN</small> P<small>ARKER</small>, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T<small>OYOTA</small> M<small>OTOR</small> C<small>ORPORATION</small>; T<small>OYOTA</small> M<small>OTOR</small> S<small>ALES</small> U.S.A., I<small>NC</small>., and D<small>OES</small> 1 through 10 inclusive.<br><br>Defendants. | Case No.: CV 09-08143 AHM (FMOx)<br><br>**DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; EXHIBITS**<br><br>**[Filed concurrently with Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points & Authorities; Exhibits; [Proposed] Order]**<br><br>Date: March 8, 2010<br>Time; 10:00 a.m.<br>Courtroom: 14<br><br>Judge Assigned: A. Howard Matz<br>Complaint Filed: November 5. 2009<br>First Amended Filed: January 18, 2010 |

-1-

I, RICHARD D. McCUNE, hereby declare the following:

1. I am an attorney licensed to practice law before all of the courts of the State of California and I am a partner of McCuneWright, LLP, counsel of record for Plaintiffs. The following facts are within my personal knowledge or based on records and files at my law firm, and, if called upon as a witness, I could and would testify competently thereto. I make this Declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. I have reviewed the National Highway Traffic Safety Administration ("NHTSA") web-site which states that NHTSA was established by the Highway Safety Act of 1970 to carry out safety programs previously administered by the National Highway Safety Bureau. Specifically, the agency directs the highway safety and consumer programs established by the National Traffic and Motor Vehicle Safety Act of 1966, the Highway Safety Act of 1966, the 1972 Motor Vehicle Information and Cost Savings Act, and succeeding amendments to these laws.

3. NHTSA maintains a database consisting of all complaints it receives regarding safety related automobile issues. This database is made available to the public upon appropriate request. At my request, I was provided a certified copy of all safety-related complaints received by NHTSA from January 1, 1995, through January 29, 2010.

4. Attached hereto as Exhibit 21 (manually filed), is a duly certified copy of a CD-ROM containing all safety-related complaints received by NHTSA from January 1, 1995, through January 29, 2010.

5. I followed a four step process in preparing the data relating to the complaints of sudden unintended acceleration and the scope of Toyota's recalls.

6. The first step was to identify through technical literature those models and model years of Toyota vehicles that were equipped with the Electronic Throttle Control System – intelligent ("ETCS-i).

Declaration of Richard D. McCune in Support of Motion for Preliminary Injunction
Case No.: CV 09-08143 AHM (FMOx)

7. The second step was to identify the number of reported complaints of sudden unintended acceleration experienced by ETCS-i equipped Toyota vehicle models for each model year.

8. The third step was to analyze the number of reported complaints of sudden unintended acceleration experienced by ETCS-i equipped Toyota vehicle models that were included in September 25, 2009, November 25, 2009, and January 21, 2010, recalls announced by Toyota Motor Sales, U.S.A., Inc.

9. The fourth and final step was the preparation of the summary table identifying the 16 Toyota vehicle models for the model years for which Plaintiffs are seeking an injunction to compel Toyota to include within its recalls.

10. Based on my review of the aforementioned materials, I prepared a summary Listing of Non-Recall Models and Model Years for which there have been a high number of reported incidents of Sudden Unintended Acceleration ("SUA") Events that is attached to the Motion for Preliminary Injunction as Exhibit A.

11. Based on my review of the complaints logged by NHTSA as well as the press releases issued by Toyota Motor Sales, U.S.A., I prepared a summary Listing of SUA Events in Recall and Non-Recall Models and Model Years that is attached to the Motion for Preliminary Injunction as Exhibit B.

12. Based on my review of the complaints logged by NHTSA as well as the press releases issued by Toyota Motor Sales, U.S.A., I prepared the summary Listing of Non-Brake Over-Ride Recall Model and Model Years for which there have been a high number of reported incidents of Sudden Unintended Acceleration ("SUA") Events that is attached to the Motion for Preliminary Injunction as Exhibit C.

13. Based on my review of the complaints logged by NHTSA, I prepared the summary Listing of SUA Events in Recall and Non-Brake Over-ride Model and Model Years that is attached to the Motion for Preliminary Injunction as Exhibit D.

-3-

14. Based on my review of the complaints logged by NHTSA, I prepared the summary Listing of All SUA Events by Model that is attached to the Motion for Preliminary Injunction as Exhibit E.

15. Based on my review of the complaints logged by NHTSA, and Toyota Motor Sales, U.S.A., Inc.'s press releases relating to its vehicle recalls, I prepared the illustrative Timeline of Toyota's Response to Evidence of Sudden Unintended Throttle Acceleration in ETCS-i Vehicles that is attached to the Motion for Preliminary Injunction as Exhibit F.

16. Based on my review of Toyota Motor Sales, U.S.A., Inc.'s press releases regarding its January 2010 recall, I prepared a summary Listing of Sticking Pedal Recall for Model and Model Years that is attached to the Motion for Preliminary Injunction as Exhibit G.

17. Attached hereto as Exhibit 1 (manually filed), is a true and correct copy of a 1998 Technical Video produced by Toyota Motor Sales, U.S.A., explaining the operation of Electronic Throttle Control System – intelligent ("ETCS-i).

18. Attached hereto as Exhibit 2 (manually filed), is a true and correct copy of a 2002 Technical Video produced by Toyota Motor Sales, U.S.A., explaining the operation of ETCS-i as it was introduced in the 2002 Toyota Camry.

19. Attached hereto as Exhibit 3 is a true and correct copy of an August 28, 2009, press release issued by Toyota Motor Sales, U.S.A., Inc. regarding the deaths of California Highway Patrol Officer Mark Saylor, his wife, daughter, and brother-in-law in a case of unintended acceleration of a Lexus ES350 in Santee, California.

20. Attached hereto as Exhibit 4 is a true and correct copy of a report in the Star Telegram, dated December 29, 2009.

21. The NHTSA/ODI Complaints Database allows for the filtering, sorting and review of complaints by, among other things, vehicle model and model year, fatalities, injuries, accidents, description of accident and the fail date. Attached hereto as Exhibit 5,

are all complaints relating to the 17 Toyota vehicle models and model years referred to in the Listing of all SUA Events by Model, attached to the Motion for Preliminary Injunction as Exhibit E. These reports were also used to determine accidents, injuries, fatalities and when sorted in chronological, order provide a chronological listing of the complaints summarized in Exhibit F to the Motion for Preliminary Injunction.

22. These complaints reflect that there have been reported 11 deaths, 210 injuries, and 484 accidents resulting from unintended throttle acceleration in these 17 Toyota vehicle models for the specified model years.

23. Attached hereto as Exhibit 6 (manually filed) is a CD-ROM with the supporting documentation in the form of technical service manuals establishing that the 17 Toyota models for the model years set forth in Exhibit A to the Motion for Preliminary Injunction are equipped with ETCS-i.

24. Attached hereto as Exhibit 7 is the Declaration of Catherine A. Rowe, 1/14/2010, regarding her experience of sudden unintended acceleration in a 2006 Lexus ES 330.

25. Attached hereto as Exhibit 8 is the Declaration of Trisha Hadley, 12/14/2010, regarding her experience of sudden unintended acceleration in a 2003 Toyota Camry.

26. Attached hereto as Exhibit 9 is the Declaration of Colleen Morris regarding her experience of sudden unintended acceleration in a 2002 Toyota Camry.

27. Attached hereto as Exhibit 10 is the Declaration of Ute Dymon regarding her experience of sudden unintended acceleration in a 2007 Lexus ES 350.

28. Attached hereto as Exhibit 11 is the Declaration of Janette P. Seymour regarding her experience of sudden unintended acceleration in a 2002 Lexus ES 300.

29. Attached hereto as Exhibit 12 is the Declaration of Susan Chambers regarding her experience of sudden unintended acceleration in a 2005 Toyota Camry.

30. Attached hereto as Exhibit 13 is the Declaration of Victoria Karlin regarding her experience of sudden unintended acceleration in a 2007 Toyota Prius.

31. Attached hereto as Exhibit 14 is the Declaration of Yvonne Fisher regarding her experience of sudden unintended acceleration in a 2005 Lexus SC 430.

32. Attached hereto as Exhibit 22 is the Declaration of Martin Wolk regarding her experience of sudden unintended acceleration in a 2008 Lexus ES 350.

33. Attached hereto as Exhibit 15 is the September 29, 2009, press release of Toyota Motor Sales, U.S.A., Inc., regarding its floor mat recall.

34. Attached hereto as Exhibit 16 is the November 25, 2009, press release of Toyota Motor Sales, U.S.A., Inc., regarding its accelerator pedal configuration and brake over-ride recall.

35. Attached hereto as Exhibit 17 is the January 21, 2010, press release of Toyota Motor Sales, U.S.A., Inc., regarding its accelerator pedal recall.

36. Attached hereto as Exhibit 18 is the February 1, 2010, press release of Toyota Motor Sales, U.S.A., Inc., stating that Toyota had developed a comprehensive plan to fix the problem of sudden unintended acceleration.

37. Attached hereto as Exhibit 19 is a true and correct copy of Audi's "The 2.7-litre Biturbo, Design and Function, Self-study Programme 198, that indicates "Safety function: For safety reasons, the throttle valve is closed as far as a defined angular position when both the accelerator pedal and the brake pedal are depressed. If the brake is pressed first followed by the accelerator pedal, the driver input (torque request) is executed." (*See* p. 39.)

38. In addition, a Technical Service Bulletin issued in 2008 that covers the 2000-2008 Audi A6 Quattro Sedans that provides "With the introduction of Electronic Power Control (EPC) (no accelerator cable) to fuel injection systems, an engine RPM control feature has been incorporated into the engine electronic control system software. Application of both brake and accelerator pedals at the same time (brake pedal with left

-6-

foot and accelerator pedal with right foot) results in the following: Brake pedal function (normal at all times) overrides any throttle application. Diagnostic Trouble Codes (DTCs) will not be stored. If brake pedal is applied while accelerator pedal is depressed, after approximately two seconds, engine RPMs will return to idle speed of 1400 RPMs."

39. Attached hereto as Exhibit 20 is a true and correct copy of Toyota Motor Sales, U.S.A., Inc.'s Open Letter to Customers, 2/2/2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of February, 2010, in Redlands, California.

                                                 /s/ *Richard D. McCune*
                                                 Richard D. McCune

Declaration of Richard D. McCune in Support of Motion for Preliminary Injunction
Case No.: CV 09-08143 AHM (FMOx)