-8-

# EXHIBIT "1"

# MANUAL FILING
**See Notice of Manual Filing Filed Separately**



EXHIBIT "1"

MANUAL FILING