-9-

# EXHIBIT "2"

# MANUAL FILING
## See Notice of Manual Filing Filed Separately

---



# EXHIBIT "2"
MANUAL FILING