# EXHIBIT "3"

TOYOTA
USA NEWSROOM

# Lexus ES 350 Accident Investigation

On August 28th, 2009, California Highway Patrol Officer Mark Saylor and three members of his family tragically lost their lives on a highway near San Diego California, while driving a 2009 ES350 loaned to them by a local Lexus dealer. Our deepest sympathies go out to the friends and family of Mark, Cleofe, Mahala, and Cleofe's brother Chris Lastrella.

Preliminary information from law enforcement investigators indicates that the cause may have been an all-weather floor mat from a different Lexus model which, if installed incorrectly in the ES350, could cause it to interfere with the accelerator pedal.

All-weather floor mats are installed by dealers or customers as an accessory item.

Driver's floor mat interference with the accelerator pedal is possible in any vehicle make with any combination of floor mats when the floor mat is not properly secured or if it is not the factory designed floor mat for the vehicle.

Toyota Motor Sales, USA, Inc. takes public safety very seriously and will fully cooperate with any investigation. We believe our vehicles to be among the safest on the road today.

We are instructing all of our Lexus and Toyota dealers to immediately inspect their new, used, and loaner fleet vehicles and we urge all other automakers, dealers, vehicle owners, and the independent service and car wash industries to assure that any floor mat, whether factory or aftermarket, is correct for the vehicle and properly installed and secured.

©2010 Toyota Motors Sales, U.S.A., Inc.        TOYOTA | SCION | LEXUS        All information applies to U.S. vehicles only

**Exhibit "3"**