# EXHIBIT "4"

# Star-Telegram

## Southlake police hope to examine car's computer in fatal crash

**Posted Tuesday, Dec. 29, 2009**

BY BILL MILLER, NICHOLAS SAKELARIS AND SCOTT PRICE
wmiller@star-telegram.com

Police are hoping to examine the onboard computer from a 2008 Toyota Avalon to see if it contains information about why the car careened into a pond in Southlake, killing four people.

The wreck happened about 11:20 a.m. Saturday when the car smashed through a fence at Lonesome Dove Road and Burney Lane, hit a tree and flipped over in about six feet of water, police said. Officers could find no skid marks on the road, and they said alcohol and drugs were not a factor.

The crash killed a man and three women, all Jehovah's Witnesses who attended the same worship hall in Grapevine and were traveling to door-to-door ministries in the neighborhood.

The four were doing service work for their church, said Don Smith, a Jehovah's Witness contact person in North Texas.

"I think they were out making return visits," said Smith, who lives in Springtown.

The 2008 Avalon was among the models recalled last month over concerns about gas pedals getting stuck on floor mats and causing sudden acceleration.

Lt. Ben Brown, a Southlake police spokesman, said Tuesday that investigators will check to see if there was a problem with the floor mat, although that might be hard to do.

"Frankly, after the car being upside down and immersed in water, I don't know if everything will be in the same place as it was during the first event of the accident," Brown said. "So, they may not be able to tell if the floor mat contributed."

The computer, however, may give other clues, but police worry that they do not have the technology they need to access that system's data, Brown said.

"With it, we can capture certain data, especially pre-crash event data," Brown said. "Once (investigators) do that, they will know if there was acceleration, braking, and what the speed was prior to impact."

All four people in the car drowned, according to the Tarrant County medical examiner's office. All four were wearing seatbelts, which might have made it more difficult for them to get out, Brown said.

Two of the victims, Monty Hardy, 56, of Southlake, the driver, and Hadassah Vance, 35, of Euless, died at Baylor Regional Medical Center about an hour after the crash.

Vance is listed as a branch manager for First American Title Insurance. Hardy had a masonry business, according to public records.

Earlier media reports indicated that the car was registered to Hardy. Brown said Tuesday that he could not confirm that.

The other two, Wendy Akion, 38, of Irving, and Sharon Ransom, 56, of Grapevine, died at the same hospital overnight.

Police do not believe that a medical condition contributed to the crash, nor do they blame the weather. Christmas Eve snow had left icy patches on some area roads.

"The intersection wasn't covered with ice; it was clear," Brown said.

Brian Lyons, safety and quality communications manager for Toyota sales, said the company will fully cooperate with investigators. But, he added, "it's too early to tell what caused the accident."

Other models in the recall include other Toyotas and Lexus vehicles. See nhtsa.dot.gov for more information on the recall.

Several bystanders and two Southlake police officers braved frigid water as they tried to reach the four victims.

The Avalon slammed through the metal fence, smashed into a tree and flipped upside down before landing in a pond, reports said.

Neighbors heard the impact and came outside to offer assistance, as did a Grapevine couple who happened to be driving by.

"I didn't think about cold water. There were people inside that car who needed to get out," said Michael Juliano, who was the first to jump in. "Everybody was just pitching in to do what they could."

Most of the car was upside down under the murky water, making it difficult to open the doors, Juliano said. Two Southlake Department of Public Safety officers arrived on the scene within minutes and were able to free one of the passengers, Brown said.

The Grapevine Fire Department's dive team rescued the other three crash victims.

Capt. Michael Sims, who is the coordinator of the Grapevine Fire Department Dive Team, was on duty Dec. 26. He reported that the Fire Department was called to help at 11:29 a.m., and arrived at 11:46 a.m.

He said they were in the water at 11:51 a.m. and had the last victim out at 12:05 p.m. Sims said none of the three victims were breathing, and said the Southlake emergency medical personnel immediately began resuscitation efforts.

"Anytime someone is in cold water, there's a chance," Sims said.

Juliano said he was very impressed by the quick responses from Southlake and Grapevine police and firefighters.

"They were there in the water. No hesitation. They were terrific," he said. "Nobody could really be ready for this type of situation."

*Staff writers Charles D. Young and Larry Roquemore contributed to this report.*

Looking for comments?