# EXHIBIT "7"

## DECLARATION OF CATHERINE A. ROE

I, Catherine A. Roe declare and state as follows:

1.      I have personal knowledge of the matters set forth in this declaration and if called upon as a witness, could competently testify to them.

2.      I am a resident of Los Angeles, California.

3.      I experienced a sudden unintended acceleration, as further described below, while driving a 2006 Lexus ES330 registered to my husband.

4.      My husband, Thomas Roe, purchased the 2006 Lexus ES330 [VIN # JTHBA30g765173920] used from Lexus of Glendale on March 23, 2009.

5.      The incident in question occurred at approximately 10:40 a.m. on July 23 or July 24, 2009, at which time the car had between 20,100 and 22,200 miles on it.

6.      I was driving the vehicle when the incident occurred; there were no passengers in the car with me.

7.      At the time of the accident I was driving from our home to our granddaughter's house to do babysitting.  I was eastbound on Beverly Blvd. in Los Angeles and I intended to turn left onto (northbound) Highland Avenue.

8.      As I approached Highland Avenue I heard a strange "tapping" sound coming from the vehicle.  Rather than continuing on and getting onto a highway, I decided to pull off to investigate this sound.

9.      Just prior to the intersection with Highland, I turned to my left into the driveway of a house at the corner of Beverly and Highland.  That house has a residential street address of 301 North Highland, though its driveway is off of Beverly.  While pulling into this driveway, the following occurred:

**Exhibit "7"**

    a.   I had turned to my left to align myself with the driveway and I had begun to pull into the drive (the car was partially into the driveway).

    b.   I was slowing to a stop and my intention was to stop the vehicle.

    c.   Unexpectedly, the engine of the car roared and the car shot ahead.

    d.   The vehicle surged forward, crashing over a low cement wall, knocking down a metal rail fence, and came to a rest on top of the collapsed fence with the right front wheel partially submerged in a backyard pool. By this time, the motor had stalled.

    e.   I do not believe that my foot pressed the accelerator at any time during this sequence of events.

10.    After the incident some men ran across the street and helped me from the vehicle. I called my husband, who came to the scene. The police also came to the scene, though I do not have a copy of a police report. EMS also was summoned to the scene.

11.    Fortunately, I was not physically injured in the accident and no one else was injured.

12.    The car was towed and repairs were completed at Hyperion Auto Repair in Los Angeles. Our auto insurer, Mercury Auto Insurance, paid for the repairs. I believe that a property damage claim for damage done at the scene of the accident was also covered under our insurance.

13.    I do not believe that the driver side floor mat had anything to do with this incident. The floor mat is a carpet-type floor mat with plastic hooks that keep it in place.

**Exhibit "7"**

-595-

14.     I do not believe that I pressed the accelerator at any time during the accident sequence.  My intention was to come to a stop in the driveway and I was, and had been, slowing down for this purpose.

15.     After the incident, my husband called the dealer to report the incident. We were told to report the incident to Toyota Corporate, which we did by letter.  They told us they expected that the sudden acceleration was caused by the floor mat.  They did not seem interested in investigating further.

16.     We took the car to the Lexus dealership to have them confirm that there was no problem with the accelerator.  The dealership examined the car and told us that they could not find anything wrong with it.

17.     We are in the process of submitting a report to the National Highway Traffic Safety Administration relating to this incident.

18.     We still have the car in question but I am unwilling to drive it or to ride in it.  I do not believe that we could, in good conscience, sell the vehicle to someone else after this incident.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: January 14 , 2010, at Los Angeles, California.

Catherine A. Roe

**Exhibit "7"**

-596-