# EXHIBIT "10"

Declaration of Ute Dymon

I, Ute Dymon, declare and state as follows:

1. I have personal knowledge of the matters set forth in this declaration and if called upon as a witness, could competently testify to them.

2. I am a resident of Amherst, Massachusetts.

3. I purchased a used (15,200 miles) 2007 Lexus ES 350 from the Canton Akron (Ohio) Lexus dealership near where I was living at the time, working as a professor at Kent State University. The VIN number of the car is JTHBJ46G272059968.

4. On August 31, 2008 the following events occurred:

   a. I left a colleague's house to return to my home. I entered the ramp to I-76 and reached approximately 35 to 40 mph on the ramp. I started to accelerate to enter the highway when suddenly my car began to accelerate by itself and rapidly reached 80-85 mph. I put my foot on the brake and tried to slow the car down, but the car continued to move at an excessive speed around 80-85 mph.

   b. I continued to brake while trying to avoid cars and trucks on the highway. I put my hazards light on to warn other cars and trucks. The brakes began to smoke. I was eventually able to move the car over to the shoulder of the road still driving at about 80 to 85 mph, which I could not prevent. I managed to shift the car into neutral and the car started to slow down and finally stopped. The entire highway was covered with smoke and smelled from my bakes. I could not drive the car after the incident.

Exhibit "10"

    c. A state trooper stopped and told me that I was at the 5.3 mileage marker on I-76 where I had finally brought the car under control and he called for a tow truck to retrieve my car. I waited for the tow truck and got a ride by the tow truck to my house in Kent, Ohio. The bakes still smoked and smelled.

    d. It was a harrowing incident, and I believe I am lucky not to have had an accident and got killed. I was physically sick for several days after and have been afraid to drive ever since the incident occurred.

5. I notified Toyota after this incident by writing to the general manager in Torrance, California and provided Toyota a detailed account of the incident. I also contacted the National Highway Traffic Safety Administration. I was told that the problems occurred because of the floormats, however, I believe there is another reason why this occurred. During the incident the speed control light came on, a device I never use, and could not be turned off. I recalled a similar incident that occurred to me as I returned from Boston, March 17th, 2008. The car accelerated out of control and the speed control light came on, but the car eventually slowed down and I did not pay much attention to the incident assuming that I hit by mistake the speed control.

6. I sold the car back to the Canton Akron Lexus dealership where I bought it, after an attorney wrote to the dealership in my behalf. A deal was made that I had to buy a leftover 2008 Lexus ES350 with additional cost to me. Unfortunately, I now have a 2008 Lexus ES350, which I understand potentially has the same problem. I want to have my car either fixed or replaced.

**Exhibit "10"**

7.  I received a letter from Toyota in response to my notification of the incident, and Toyota claimed there was no problem with my car. Specifically, Toyota wrote: "Based upon our inspection, it had been determined that this incident was not the result of any type of manufacturing defect with your vehicle." Attached as Exhibit 1 is a copy of the letter.

8.  I do not know what the dealer did with the car that had the sudden unintended acceleration. I certainly hope they did not simply sell it to someone else.

I declare under penalty of perjury under the laws of the State of California and Massachusetts that the foregoing is true and correct.

Executed on: January 16, 2010, at Amherst, Massachusetts

_____