

# COLORADO STATE PATROL DRIVER'S STATEMENT AND EXCHANGE OF INFORMATION FORM

**Driver Information**
- Name: Victoria Vickie Karlin
- Date of Birth: 10-01-41
- Sex: F
- Address: 111 Alaska Rd
- City: Bldr
- State: CO
- Zip: 80302
- Personal Phone #: 303-443-8121
- Business Phone #: 303-877-6195
- Driver's License #: 94-286-0107
- Mobile Phone #: See Bus Phone
- Are you hurt? YES
- Describe your injuries: Neck & shoulder pain, Headache

**Vehicle Information**
- License Plate: 255HME
- State: CO
- Make: Toy
- Model: Prius
- Year: 2007
- Color: Gry
- VIN: JTDKB20U473203385
- Are you the owner? YES
- Owner's Name: Same
- Owner's Address: Same

**Accident Information**
- Time of the Accident: 1800
- Your Speed: 5
- Location of the crash: 111 Alaska Dr
- Did an AIRBAG Deploy: NO AIRBAGS DEPLOYED
- Were you wearing your seatbelt? YES

**Officer Information**
- Officer Name: Backhold
- Office Location: Broomfield
- District/Troop: 6C
- Case Report Number: 6C091042
- Phone #: 3469-1966

**Insurance Information**
- Insurance Company: GEICO
- Policy Number: 4059-44-74-63
- Expiration Date: 2-9-10

Toyota Motor Sales
19001 S. Western Ave, Claims HQ 10
Torrance, CA 90509

### REPORT OF PRIUS MALFUNCTION AND CRASH
Date of Report: 10-01-2009
Date of Accident: August 14, 2009
Victoria Karlin
111 Alaska Road
Boulder (county), Colorado 80302
GEICO Claim # 0295898710101032
Toyota Claim #0910130572
VIM#: JTDKB20U473203385

This written report follows up a phone notification to GEICO on 8/14/09 when my Prius, although fully stopped, suddenly had an 'uncontrolled acceleration' that propelled me, within 1 or 2 seconds across the width of my drive, through a fence, and down a steep embankment stopping only because a large tree by our deck was in the path. There were 11 people on the deck having a meeting. They all heard the engine roar just before it crashed through the fence. The crash occurred about 6 pm on August 14, 2009 on my property at 111 Alaska Road, Boulder, CO., 80302.

We paid $25,064 for our 2007 Prius on 09/06/09. GEICO compensated us a total of $17,589.22 which amounts to a loss of $10,000 when taxes are calculated into it. GEICO based its compensation on both a lowering of new Prius prices by Toyota and by Bluebook estimates of trade-in value. But 'sales by owner' would have generated approximately $20,000 for the same car with 42,000 miles on it based on Bluebook data. We request that Toyota Motors compensate us $5,000.00, i.e., half of our financial loss. We have adequate health insurance and do not make any medical claims. GEICO's had Marv's Towing Service take the Prius to Global Collision in Boulder. GEICO determined that the auto had been totaled.

**CIRCUMSTANCES OF THE ACCIDENT**

Our 200 foot long driveway is a steep and narrow. See photos. We have lived here in the Rocky Mountains for about 14 years without one accident. We know how to safely navigate our mountain roads. Due to the incline of the drive, one never takes the foot off the brake when coming down. It is much safer to go slowly with variable pressure on the brake pedal. In addition, while in a downhill position you don't shift into any gear without having your foot **firmly** on the brake. This is just common sense and good driving habit.

**THE INCIDENT**

Exhibit "13"

1

My husband, Barry Karlin, was having a business meeting on our outside deck. Since there were numerous guests (11) their cars took up the very limited parking space. Since I was returning home from taking care of my grand daughter, I was the last to arrive. My husband suggested I try to park in front of the wood pile on the right side of the drive about 2/3 of the way down.

After stopping the car, with foot firmly on the brake in order to begin to park it, I went into Reverse to back up. The space turned out to be too small even for my Prius. All this was done very slowly because I was on an incline. After a couple of attempts, I stopped trying and decided that I would proceed down the drive and park behind someone.

When I stopped backing those few feet up the incline to turn to go in the spot, I put my foot fully on the brake. One would have no other choice on such a parking angle. I decided to shift into Drive or the B (braking gear), I don't recall which. Note: One cannot shift without being at a dead stop fully braked. In that position (of trying to back into the spot) the front of the Prius was facing outward towards the other side of the drive at about a 40 degree angle. Because I am highly aware of the safety issues I was quite focused on how I was carefully handling the car. Whenever you shift into a forward gear while on a steep gravely dirt surface, you ALWAYS keep your foot on the brake and slowly ride it forward. <u>Never would you even need to touch the gas pedal.</u> Never would you ease up on the brake more than enough to carefully creep forward.

Before I got it into any forward gear and after I took it out of Reverse, the engine had a powerful surge instantly thrusting the car forward. Within a second it crashed into the fence which was only about 10 feet from my car's front wheels. In that brief second that I had, I hit the brakes even harder (my foot was already braking) while trying to turn the wheel to aim away from the fence. Nothing worked and there was absolutely no time to try anything else like applying the parking brake or stopping the motor. In order to do the latter you have to hold down the Start button a few seconds, time that I didn't have to act.

It was truly hopeless and after crashing the fence, the car continued down the 40 foot embankment towards the deck where my husband and his 10 guests all watched in shock. Everyone had heard me quietly trying to park and then they heard the sudden loud roar of the engine. I traveled about 40 feet down before a large tree, the only "safe" obstacle, broke my gathering speed. Otherwise I would have crashed down stone steps through an old fence and been hurled down a ravine below our house which perches on the side of the hill.

The shock of this and the thought of what could have easily happened, i.e. people being hit or going down the ravine, has made it difficult for me to write this account

Exhibit "13"

2

until now, many weeks later. Thank God for seatbelts. The State trouper checked the wrong box about airbags. You can see from the picture that they didn't deploy, and there were witnesses.

**AFTERMATH**

Since the crash I've monitored how I normally drive down that drive and asked friends and neighbors how they negotiate it. That confirmed what I automatically do along with everyone else living on our mountain road. All of us brake as we slowly proceed down any steep drive or road in our area. NEVER would any of us consider taking our foot totally **off the brake,** or even think of touching the gas pedal. And it is clear you can't have your foot on the brake at the same time you might depress the gas pedal. I believe that the suggestion by GEICO on 8/14 that I might have mistakenly pressed the gas pedal instead of the brake is simply not a possible in these conditions. GEICO has recently decided that they do not view me as being at fault and will not raise our insurance rates on such a basis.


Sincerely,



Victoria Karlin

Attached: Boulder Sheriff's accident report; accident photos.



# 13

| | |
|---|---|
| Direct Dial: (310) 468-5027<br>Direct Fax: (310) 381-6317<br>Email: Carole_Hargrave@Toyota.com | Legal and Corporate Responsibility<br>Toyota Motor Sales USA, Inc.<br>19001 S. Western Avenue<br>Torrance, CA 90501 |

December 2, 2009

**VIA US MAIL**

Victoria Karlin
111 Alaska Road
Boulder, CO 80302

Re:    Date of Loss:    August 14, 2009
       Vehicle:          2007 Toyota Prius
       VIN:              JTDKB20U473203385

Dear Mrs. Karlin:

     This letter is in response to your letter and attachments received in our office and your communication with our Customer Experience Center regarding the above referenced incident.

     As the vehicle has been totaled and therefore unable to be inspected; as such we are unable to honor your claim. There is no way for us to confirm how this incident occurred. The fact that your vehicle is involved in the current Consumer Safety Advisory involving the floor mats / unintended acceleration of certain model Toyota vehicles does not mean that this incident was the result of this issue.

     We are very sorry to learn of this unfortunate incident, however as we were not provided the opportunity to inspect your vehicle at the time of the incident, we have no way of addressing your specific claim, and are unable to offer further assistance to you in this matter.

Very truly yours,

*Carole A. Hargrave/aa*

Carole A. Hargrave
Claims Manager

CAH/ama

**Exhibit "13"**

 

## OFFICE OF DEFECTS INVESTIGATION (ODI)

### SAFETY COMPLAINT CONFIRMATION

Your Complaint Information is successfully submitted.
Your Confirmation number (ODI Number) is: 10281258

### Your Complaint Information

vickarlin@lionpt.com

## Complaint Information

**Description:** This was a first time occurence for my 2007 Prius. I was stopped midway on my mountain, long & steep, dirt driveway trying to park along the rock side. It was too tight to park so decided to continue down to the bottom. I was in reverse and shifted, with my foot on the brake, into Drive. The car suddenly bolted forward propelling me through the fence and down a steep embankment to our deck where 12 people were having a dinner meeting. My brakes didn't work, nor did the steering. The bolting force was heard by all on the deck. There is no way I would have pressed the gas by mistake for two reasons: your foot must be on the brake to shift; and as is typical on our steep gravel roads, one never presses the gas pedal while proceeding down. The car propelled 10 or 12 feet forward crossing the drive at a diagonal, crashed through the fence boarding the drop off, and proceeded down the embankment stopping only when it hit the big tree by our deck. To my right were all the guests and my husband, just feet away from the oncoming, out of control car. Had I missed that particular tree, I would have rolled down an even steeper ravine because of rocks to bounce off and very sharp drop off.

**Approximate Incident Date:** 8/14/2009

### Your responses to the questions regarding the incident:

| | | | |
|---|---|---|---|
| Num. Deaths: | 0 | Property Damage: | Yes |
| Num. Injured: | 1 | Crash: | Yes |
| Fire: | No | Police Report: | Yes |

## Vehicle Information

| | |
|---|---|
| VIN: | JTEHF21A820045769 |
| Year, Make, Model: | 2007, TOYOTA, PRIUS |
| Failure Mileage: | 43000 |
| Speed: | 0 |

### Vehicle Component Information

| | |
|---|---|
| Component 1: | SERVICE BRAKES, ELECTRIC |
| Component 2: | STEERING |

*[Handwritten sticky note: 1-21-10 Just noticed they have incorrect VIN. VK]*

**Exhibit "13"**

|  |  |
|---|---|
| Component 3: | POWER TRAIN:AUTOMATIC TRANSMISSION |

### Consumer Information

| | |
|---|---|
| Name: | Victoria Karlin |
| Daytime Phone: | 303-443-8121   Ext: |
| Evening Phone: | same |
| E-mail: | vickarlin@lionpt.com |
| Fax: | |
| Address: | 111 Alaska Road |
| City, State, Zip: | Boulder, CO 80302 |
| Country: | USA |
| Referral Source: | Friend/Family |

latimes.com/business/la-fi-toyota-throttle29-2009nov29,0,5254584.story

# latimes.com

A TIMES INVESTIGATION

## Data point to Toyota's throttles, not floor mats

**Amid widening concern over acceleration events, Toyota has cited 'floor mat entrapment.' But reports point to another potential cause: the electronic throttles that have replaced mechanical systems.**

By Ken Bensinger and Ralph Vartabedian

November 29, 2009

Eric Weiss was stopped at a busy Long Beach intersection last month when he said his 2008 Toyota Tacoma pickup unexpectedly started accelerating, forcing him to stand on the brakes to keep the bucking truck from plowing into oncoming cars.

Toyota Motor Corp. says the gas pedal design in Weiss' truck and more than 4 million other Toyota and Lexus vehicles makes them vulnerable to being trapped open by floor mats, and on Wednesday, it announced a costly recall to fix the problem.


Get all LARGE Pizzas for $10 each! Your choice of toppings. No double toppings; Limitations may apply. PAPA JOHNS PIZZA. ORDER NOW. PROUD SPONSOR OF SUPER BOWL XLIV

But Weiss is convinced his incident wasn't caused by a floor mat. He said he removed the mats in his truck months earlier on the advice of his Toyota dealer after his truck suddenly accelerated and rear-ended a BMW.

"The brakes squealed and the engine roared," the 52-year-old cabinet maker said of the most recent episode. "I don't want to drive the truck anymore, but I don't want anyone else to, either."

Amid widening concern over unintended acceleration events, including an Aug. 28 crash near San Diego that killed a California Highway Patrol officer and his family, Toyota has repeatedly pointed to "floor mat entrapment" as the problem.

But accounts from motorists such as Weiss, interviews with auto safety experts and a Times review of thousands of federal traffic safety incident reports all point to another potential cause: the electronic throttles that have replaced mechanical systems in recent years.

The Times found that complaints of sudden acceleration in many Toyota and Lexus vehicles shot up almost immediately after the automaker adopted the so-called drive-by-wire system over the last

Exhibit "13"

decade. That system uses sensors, microprocessors and electric motors -- rather than a traditional link such as a steel cable -- to connect the driver's foot to the engine.

For some Toyota models, reports of unintended acceleration increased more than fivefold after drive-by-wire systems were adopted, according to the review of thousands of consumer complaints filed with the National Highway Traffic Safety Administration.

Toyota first installed electronic throttles in 2002 model year Lexus ES and Camry sedans. Total complaints of sudden acceleration for the Lexus and Camry in the 2002-04 model years averaged 132 a year. That's up from an average of 26 annually for the 1999-2001 models, the Times review found.

The average number of sudden-acceleration complaints involving the Tacoma jumped more than 20 times, on average, in the three years after Toyota's introduction of drive-by-wire in these trucks in 2005. Increases were also found on the hybrid Prius, among other models.

Toyota spokesman Brian Lyons said the automaker could not explain the trend. But Toyota has consistently held that electronic control systems, including drive-by-wire, are not to blame.

"Six times in the past six years NHTSA has undertaken an exhaustive review of allegations of unintended acceleration on Toyota and Lexus vehicles," Toyota said in a statement this month. "Six times the agency closed the investigation without finding any electronic engine control system malfunction to be the cause of unintended acceleration."

NHTSA officials have consistently said they have not found any electronic defects. "In the high-speed incidents, which are the type of crashes in which death or serious injury is most likely, the only pattern NHTSA has found to explain at least some of them are pedal entrapment by floor mats," a spokeswoman said in a written statement.

Toyota has been under a spotlight since the San Diego crash, in which the driver's desperate efforts to stop the car were recorded on a 911 emergency call made by a passenger.

After that incident, The Times reported that sudden-acceleration events involving Toyota vehicles have resulted in at least 19 deaths since the introduction of the 2002 model year. By comparison, NHTSA says all other automakers combined had 11 fatalities related to sudden acceleration in the same period.

Independent electronics and engineering experts say that the drive-by-wire systems differ from automaker to automaker and that the potential for electronic throttle control systems to malfunction may have been dismissed too quickly by both Toyota and federal safety officials.

Unlike mechanical systems, electronic throttles -- which have the look and feel of traditional gas pedals -- are vulnerable to software glitches, manufacturing defects and electronic interference that could cause sudden acceleration, they say.

**Ask the computer**

"With the electronic throttle, the driver is not really in control of the engine," said Antony Anderson, a Britain-based electrical engineering consultant who investigates electrical failures and has testified in sudden-acceleration lawsuits. "You are telling the computer, will you please move the throttle to a certain level, and the computer decides if it will obey you."

**Exhibit "13"**

Although Toyota says it knows of no electronic defects that would cause a vehicle to surge out of control, it has issued at least three technical service bulletins to its dealers warning of problems with the new electronic throttles in the 2002 and 2003 Camry.

The throttle systems on six-cylinder engines can cause the vehicle to "exhibit a surging during light throttle input at speeds between 38 mph and 42 mph," according to one of the bulletins that was published by Alldata, a vehicle information company. The solution provided to dealers was to reprogram the engine control module.

NHTSA, the nation's primary agency for auto safety, has conducted a total of eight investigations of unintended acceleration in Toyota vehicles since 2003, prompted by defect petitions from motorists and its own examination of complaints. But the agency has tested electronic throttle systems only twice in those probes, its records show.

Three years ago, the agency asked Toyota to test an electronic throttle component from a 2006 Camry, a task the company delegated to the Japanese supplier that manufactured the part. The supplier exonerated the throttle, and then NHTSA allowed Toyota to keep virtually the entire 74-page report almost completely confidential. The report, posted on the agency's website, has dozens of redacted pages.

The other test, conducted at a NHTSA laboratory in Massachusetts, found that a Toyota throttle exhibited unusual behavior when researchers applied a magnetic field to the device's sensitive electronics. Engine speed surged by 1,000 revolutions per minute, according to a 2008 report by the agency's Vehicle Research and Test Center.

Nonetheless, the lab concluded that the system "showed no vulnerabilities to electric signal activities." The details of the experiment were not explained in the lab report, and the agency never explained the apparent contradiction.

### Advanced systems

The electronic throttle was first introduced by BMW in 1988. Like a conventional throttle system, it controls the flow of air into the engine. Today, every new Toyota vehicle sold in the U.S. uses drive-by-wire. The systems cost less to install on the assembly line and increase the efficiency of the vehicle.

To run these advanced throttle systems, each automaker develops its own electronic control modules and proprietary software that has unique control logic. The operations of the systems are opaque to consumers, as are potential failures.

In a worst-case scenario, consultant Anderson says, stray electrical voltages, electromagnetic signals or bad sensor readings could cause an undetectable error within the car's network of up to 70 microprocessors, setting off an unpredictable chain of reactions. One of those, he said, could be a command to completely open the throttle.

The auto industry has battled allegations of electronic defects in sudden-acceleration lawsuits for more than two decades, arguing that they are not caused by any vehicle defect.

**Exhibit "13"**

Richard Schmidt, a former UCLA psychology professor and now an auto industry consultant specializing in human motor skills, said the problem almost always lies with drivers who step on the wrong pedal.

"When the driver says they have their foot on the brake, they are just plain wrong," Schmidt said. "The human motor system is not perfect, and it doesn't always do what it is told."

To be sure, the complaints by Toyota and Lexus owners about sudden acceleration involve a tiny share of the company's vehicles on the road.

But runaway acceleration represents a high proportion of the complaints filed by consumers about Toyota in federal databases. For the 2007 Lexus ES sedan, for example, 74 of 132 complaints filed with NHTSA alleged sudden acceleration.

And independent experts say the number of complaints actually filed is only a tiny fraction of all potential problems, because most people don't bother filing a report.

Critics say NHTSA hasn't kept pace with technological changes.

The auto industry has undergone a technological revolution in the last decade, and today about 25% of a vehicle's price reflects its electronics content. Nonetheless, NHTSA has adopted few, if any, standards for designing or testing vehicle electronics, according to industry officials. Indeed, the agency's two-page safety standard for accelerators was adopted in 1973.

Dale Kardos, who runs a consulting firm that helps automakers with regulatory issues, said manufacturers had repeatedly tried to get that standard updated because they feared they could no longer comply. "The industry would like to see standards written to reflect modern technology," Kardos said.

Instead, independent organizations and the industry itself are setting standards and developing safety policies. The International Organization for Standardization, a nongovernment group that sets industrial standards, recently introduced a new standard for automakers to protect vehicle electronics.

Supplier TRW Automotive Holdings Corp., which makes computerized controls for brakes and air bags, said its systems have multiple layers of redundancy to make sure electronic faults are detected and isolated.

"Manufacturers' standards are far above the regulatory standards," said Ian Harvey, TRW's executive lead for electromechanical compatibility. "You wouldn't want somebody to make a cellphone call and the air bag goes off. That potentially could happen if you didn't take the proper precautions."

**Test drives**

Despite the huge increase in complexity, when NHTSA investigators conduct field tests of alleged malfunctions of Toyota throttle systems, they rarely do more than drive suspect vehicles for a few miles, test the brakes and plug a diagnostic tool into their onboard computers to look for error codes, investigation records show.

Michael Pecht, a professor of mechanical engineering at the University of Maryland who has studied

**Exhibit "13"**

sudden acceleration for 10 years, said it's nearly impossible to replicate an electronic control system fault simply by driving a short distance.

"These are not things that occur every day. If it occurred a lot, you could track it down. If it occurs once in 10,000 trips, then it is difficult to find," he said.

What's more, said Huei Peng, a mechanical engineering professor at the University of Michigan and a specialist in vehicle control systems, many of the kinds of electronic errors that a modern car is susceptible to are not detectable by the car's fault detection system.

"When there's no error code, it doesn't mean there's no error," Peng said.

Despite the potential risks associated with electronic systems, NHTSA's own reports indicate it often does not test them while investigating unintended acceleration.

In a 2005 probe of Lexus ES vehicles, NHTSA reported that its investigator reviewed two vehicles that had allegedly surged out of control, but that "no interrogation or communication with the electronic systems was performed" before giving them a clean bill of health.

Texas resident Thomas Ritter, who has a mechanical engineering degree and spent 15 years as an engineer at General Motors, Chrysler and other auto and truck makers as well as 25 years designing oil exploration equipment, believes Toyota's acceleration problem lies in the electronics.

Last July, his wife was driving her 2006 Lexus ES 330 with four grandchildren near Houston when it accelerated out of control. To avoid a wreck, she crossed four lanes of traffic before smashing into a masonry sign, totaling the car and deploying the air bags. No one was seriously injured.

"When you think about a machine operated by computers, almost anything can go wrong," Ritter said.

**A 'smart pedal'**

Toyota announced Wednesday that it had developed a series of fixes to prevent floor mats from causing sudden acceleration.

In 4.26 million vehicles in the U.S. and Canada, Toyota said it would cut off a segment of the accelerator pedal and then later install a newly designed pedal. It also will add a so-called smart pedal, software that cuts engine power any time both the accelerator pedal and brake pedal are depressed at the same time.

Such software has already been adopted as a safety feature by a number of automakers, including Volkswagen, Audi, Porsche, BMW, Nissan and Chrysler, the companies said.

Independent auto safety experts said that though all of Toyota's fixes would help reduce the problem, it has not gotten to the root cause.

"These incidents are coming in left and right where you can't blame the floor mats," said Sean Kane, president of the consulting firm Safety Research and Strategies. "So they are chipping away at a problem that is widespread and complicated without having to unravel a root cause that could be very expensive."

**Exhibit "13"**

ken.bensinger@latimes.com

ralph.vartabedian @latimes.com

Researchers Melissa Rohlin and Scott J. Wilson contributed to this report.

Copyright © 2010, The Los Angeles Times

**Exhibit "13"**