-733-

# EXHIBIT "20"

NORTH AMERICA'S JAPANESE NEWSOURCE
世界とつながるニュースソース

| News | Columns | Series | Calendar | Classifed Ads | Resources | About Us | Contact Us | 日本語 |

**Today's News**
- Community
- Community Events
- Local
- National
- Japan
- World
- Sports

**Arts & Entertainment**
- Arts
  - Cultural Exhibits
  - Galleries & Museums
- Books
  - Readings
  - Reviews
- Music
- Movies
- TV & Radio

**Obituaries**
- Obituary Notice Form
- Obituary Search

02 - 2 - 2010

# Toyota's Open Letter to Customers

Posted in  Business    National



**Jim Lentz**

Jim Lentz, president and chief operating officer of Toyota Motor Sales U.S.A. Inc., issued the following open letter to Toyota customers on Feb. 2:

For more than 50 years, Toyota has provided you with safe, reliable, quality vehicles and first-rate service. I am truly sorry for the concern our recalls have caused, and want you to know we're doing everything we can – as fast as we can – to make things right.

We have launched a comprehensive plan to permanently fix the vehicles we've recalled because in rare instances, accelerator pedals can, over time, become slow to release or get stuck. We know what's causing this and what we have to do to fix it. We've tested our solution rigorously, and we are confident that it works.

We're working day and night with Toyota dealers to make our recalls simple and trouble-free. Here are some of the things we're doing:

1. The precision parts we've engineered to reinforce the pedals are already being shipped and dealers are being trained to make the repair.

2. We're writing to all customers affected by the pedal recall, as well as the floor mat recall, to let them know how to schedule a convenient appointment with their local dealer.

3. Many of our dealers will be working extended hours – some of them 24/7 – and adding staff to get through the repairs as quickly as possible.

4. We've temporarily halted production of these models to focus fully on fixing this problem in the vehicles that are on the road. Our entire organization of 172,000 North American employees and dealership personnel is committed to you.

Some of the actions we've taken are unprecedented. Stopping production is never an easy decision – but we're confident it's the right thing to do for our customers.

Ensuring your safety is our highest priority. We'll continue to do everything we can to meet – and exceed – your expectations, and justify your continued trust in Toyota.

To find out if your Toyota is affected and to get the latest information on both the pedal and floor mat recalls, please visit www.toyota.com.

**Advanced Search »**

All text, graphics, articles & photographs: © 2006-2008 Hokubei Mainichi, Inc. All rights reserved

Exhibit "20"

-734-

# EXHIBIT "21"

# MANUAL FILING
**See Notice of Manual Filing Filed Separately**

---

# EXHIBIT "21"
MANUAL FILING