Richard D. McCune (Bar #132124)
rdm@mccunewright.com
David C. Wright (Bar #177468)
dcw@mccunewright.com
Kristy M. Arevala (Bar #216308)
kma@mccunewright.com
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Phone: (909) 557-1250 / Fax: (909) 557-1275

Attorneys for Plaintiffs
SEONG BAI CHOI, CHRIS CHAN PARK, SANDRA REECH, DONALD PRITCHETT, UN JIN CHOI, and MARYANN PARKER,
on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEONG BAE CHOI, CHRIS CHAN PARK, SANDRA REECH, DONALD PRITCHETT, UN JIN CHOI, and MARYANN PARKER, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES U.S.A., INC., and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No.: CV 09-08143 AHM (FMOx)<br><br>**DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTIVE CLASS CERTIFICATION; EXHIBITS**<br><br>**[Filed concurrently with Plaintiffs' Notice of Motion and Motion for Injunctive Class Certification; Memorandum of Points & Authorities; Exhibits; [Proposed] Order]**<br><br>Date: March 8, 2010<br>Time; 10:00 a.m.<br>Courtroom: 14<br><br>Judge Assigned: A. Howard Matz<br>Complaint Filed: November 5. 2009<br>First Amended Filed: January 18, 2010 |

-1-

Declaration of Richard D. McCune in Support of Motion for Preliminary Injunction
Case No.: CV 09-08143 AHM (FMOx)

I, RICHARD D. McCUNE, hereby declare the following:

1. I am an attorney licensed to practice law before all of the courts of the State of California and I am a partner of McCuneWright, LLP, counsel of record for Plaintiffs. The following facts are within my personal knowledge or based on records and files at my law firm, and, if called upon as a witness, I could and would testify competently thereto. I make this Declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. The original Complaint in this matter was filed on November 5, 2009. Service of the original Complaint was effected upon Defendant Toyota Motor Sales, U.S.A., Inc., on November 13, 2009.

3. Attached hereto as Exhibit 1 is a true and correct copy of the First Amended Complaint in this matter, filed on January 19, 2010, is attached hereto as Exhibit 1.

4. Attached hereto as Exhibit 2 is the November 25, 2009, press release of Toyota Motor Sales, U.S.A., Inc., regarding its accelerator pedal configuration and brake over-ride recall.

5. Attached hereto as Exhibit 3 is the January 21, 2010, press release of Toyota Motor Sales, U.S.A., Inc., regarding its accelerator pedal recall.

6. Attached hereto as Exhibit 4 is the February 1, 2010, press release of Toyota Motor Sales, U.S.A., Inc., stating that Toyota had developed a comprehensive plan to fix the problem of sudden unintended acceleration.

7. Attached hereto as Exhibit 5 is the January 30, 2010, Wall Street Journal article entitled "Toyota Declares Problem Fixed."

8. Attached hereto as Exhibit 6 is Toyota Motor Sales, U.S.A., Inc.'s Open Letter to Its Customers, dated February 6, 2010, published in full-page ads in newspapers in 20 major media markets throughout the United States

9. According to press releases issued by Toyota Motor Sales, U.S.A., Inc., Toyota's floor mat recall included initially included 4.2 million vehicles, and was later

expanded to include an additional estimated 1.1 million vehicles. In addition, its sticking accelerator pedal recall of January 2010 included an additional 2.3 million vehicles.

10. Attached hereto as Exhibit 7 is a true and correct copy a January 27, 2010, press release issued by Toyota Motor Sales, U.S.A., Inc.

11. Attached hereto as Exhibit 8 is a true and correct copy of the summary Listing of SUA Events in Recall and Non-Recall Models and Model Years which I prepared based on my review of the complaints logged by NHTSA as well as the press releases issued by Toyota Motor Sales, U.S.A., and which was attached to Plaintiffs' Motion for Preliminary Injunction as Exhibit B.

12. Attached hereto as Exhibit 9 is a true and correct copy of the summary Listing of SUA Events in Recall and Non-Brake Over-ride Model and Model Years which I prepared based on my review of the complaints logged by NHTSA as well as the press releases issued by Toyota Motor Sales, U.S.A., and which was attached to Plaintiffs' Motion for Preliminary Injunction as Exhibit D.

13. Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of Seong Bae Choi.

14. Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of Un Jin Choi.

15. Attached hereto as Exhibit 12 is a true and correct copy of the Declaration of Sandra Reech.

16. Attached hereto as Exhibit 13 is a true and correct copy of the Declaration of Donald Pritchett.

17. Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Maryann Tucker.

18. I am currently a partner of McCuneWright, LLP. Prior to the formation of McCuneWright, LLP, in June 2007, I was managing partner of the law firm of Welebir & McCune, APLC. I have practiced civil litigation since 1987. Since 1990, my practice

Declaration of Richard D. McCune in Support of Motion for Preliminary Injunction
Case No.: CV 09-08143 AHM (FMOx)

has focused on representing plaintiffs and since 1995, I have almost exclusively handled complex litigation cases for clients including product liability and consumer class actions.

19. I have extensive experience in representing plaintiffs in class action matters. I served as lead counsel in California and lead national counsel in a consumer fraud class action filed against Hewlett-Packard in 34 separate states. I was lead counsel in the trial of that matter in North Carolina that went to verdict. I have also served as either lead counsel or co-counsel in a number of other consumer fraud class actions, including cases against Gateway Computers, Kaiser Steel Retirees Benefit Trust, Ford Motor Company, Correct Craft ski boat manufacturer, Wells Fargo, Bank of America, Citi Bank, and General Motors.

20. In addition, I have handled a number of complex product liability cases against most of the major vehicle manufacturers. I have personally served as lead counsel in cases against Ford, General Motors, Chrysler Corporation, Honda, Nissan, Toyota, Hyundai, Mitsubishi, Caterpillar and a number of smaller manufacturers.

21. I have been class counsel for cases certified as class actions in both State and Federal Court.

22. David C. Wright is also a partner with McCuneWright, LLP, and he heads its product liability practice. Mr. Wright has successfully litigated product liability actions against nearly every automobile manufacturer involving issues including roof crush, seatbelt, and other defect issues. Mr. Wright recently conducted a product liability trial in which he achieved a multi-million dollar verdict for defective manufacture of a recreational motorboat. Mr. Wright has also worked with me on many of the class actions I have listed above.

23. I have been provided the following information by associated Plaintiffs' counsel Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP ("Hanly Conroy"). Hanly Conroy is New York based law firm with extensive experience handling mass-torts, class action and other complex litigation matters throughout all 50 states. Current cases

Declaration of Richard D. McCune in Support of Motion for Preliminary Injunction
Case No.: CV 09-08143 AHM (FMOx)

include a pharmaceutical multi-district litigation against Pfizer in which Hanly Conroy is serving as a member of the plaintiffs' steering committee, class actions for commercial and securities fraud in the financial industry, and mass-tort litigation involving unsafe medical procedures. Andrea Bierstein, a partner with Hanly Conroy, has served as class counsel in actions against automobile financing companies, governments, and banks and mortgage companies, and has substantial appellate experience, including recently arguing an appeal in the Second Circuit in the multi-district litigation *In re Terrorist Attacks on September 11, 2001*, MDL 1570. Mitchell M. Breit, a partner with Hanly Conroy, is focused on consumer class actions and mass torts and has recently served as class counsel in actions against national banks for unfair fees and chemical companies involving contamination of property, as well as served on the plaintiffs' executive committee in a multi-district litigation case involving products liability.

24. I have been provided the following information by associated Plaintiffs' counsel Simmons Browder Gianaris Angelides & Barnerd LLC ("the Simmons Firm"). The Simmons Firm is a leading firm nationally in product liability matters including toxic tort exposures and pharmaceutical litigations, and also has experience in other complex litigation including intellectual property and antitrust. The Simmons Firm has offices in Chicago, Los Angeles, and St. Louis, and its attorneys have held leadership positions in numerous national coordinated litigations. Derek Y. Brandt, a partner with The Simmons Firm, heads the firm's commercial litigation practice and concentrates on the representation of businesses and individuals in matters of unfair competition, contract actions, fraud actions, and complex product liability matters.

25. Should the Court require, Plaintiffs' counsel will provide declarations from each of the associated Plaintiff's counsel to further elaborate on their extensive class action and complex litigation experience.

Declaration of Richard D. McCune in Support of Motion for Preliminary Injunction
Case No.: CV 09-08143 AHM (FMOx)

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.   Executed this 8th day of February, 2010, in
3  Redlands, California.

                                    /s/ *Richard D. McCune*
                                   Richard D. McCune